### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| JOHN DOE,                       )<br>                                 )<br>           Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>THE UNITED STATES,               )<br>                                 )<br>           Defendant.          )<br>                                 ) | No. 23-692<br><br>Filed: February 26, 2024 |

### ORDER

On February 8, 2024, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims, Plaintiff filed a Motion to Dismiss Without Prejudice in the above-captioned case. *See* ECF No. 23. Plaintiff indicates that Defendant does not agree to stipulate to a dismissal without prejudice, *id.* at 1; however, Defendant did not file a response to the motion supporting its objection. Upon review, the Court **GRANTS** Plaintiff's Motion (ECF No. 23) and **DISMISSES** this action without prejudice.

**SO ORDERED**.

Dated: February 26, 2024

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge